NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTELLECTUAL VENTURES I LLC,
INTELLECTUAL VENTURES II LLC,**
*Plaintiffs-Appellants*

**v.**

**LENOVO GROUP LIMITED,**
*Defendant*

**LENOVO (UNITED STATES) INC.,**
*Defendant-Appellee*

---

2020-2280

---

Appeal from the United States District Court for the District of Massachusetts in No. 1:20-cv-10292-PBS, Judge Patti B. Saris.

---

**JUDGMENT**

---

BRIAN DAVID LEDAHL, Russ August & Kabat, Los Angeles, CA, argued for plaintiffs-appellants.  Also represented by MINNA CHAN, ADAM HOFFMAN, THERESA MARY TROUPSON.

DAVID ANDREW SIMONS, Pillsbury Winthrop Shaw

Pittman LLP, McLean, VA, argued for defendant-appellee. Also represented by CHRISTOPHER CENTURELLI, K&L Gates LLP, Boston, MA.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| June 21, 2021 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |